**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>RAED AMEEN ALNAMER,<br><br>Debtor. | Bankr. Case No.: 18-19327-KHT<br><br>Chapter 7 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>RAED AMEEN ALNAMER aka<br>RAED A. ALNAMER,<br><br>Defendant. | Adv. Proc. No.: |

**EXHIBIT A TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Dated: January 31, 2019

By: */s/Paul G. Urtz*

Paul G. Urtz CO Bar #14339
Miller & Urtz, LLC
1660 Lincoln Street, Suite 2850
Denver, CO 80264
Telephone: (303) 861-1200
Facsimile: (303) 830-0115
Email: paulurtz@millerurtz.com



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 04/18/18

Account Ending [redacted]3003

| | |
|---|---|
| **New Balance** | **$17,976.78** |
| **Minimum Payment Due** | **$266.00** |
| **Payment Due Date** | **05/13/18 ‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $38,740 |
| $619 | 3 years | $22,286 *(Savings = $16,454)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

We will debit your bank account for your payment of $266.00 on 05/03/18. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 05/01/18. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 05/13/18.

*Continued on page 3*

## Blue Cash Rewards
as of Mar 2018

**13.93**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

| | |
|---|---|
| Previous Balance | $543.28 |
| Payments/Credits | -$35.00 |
| New Charges | +$17,381.29 |
| Fees | +$0.00 |
| Interest Charged | +$87.21 |
| **New Balance** | **$17,976.78** |
| **Minimum Payment Due** | **$266.00** |
| Credit Limit | $20,000.00 |
| Available Credit | $2,023.22 |
| Cash Advance Limit | $2,000.00 |
| Available Cash | $2,000.00 |
| Days in Billing Period: 30 | |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** [redacted]**3003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

| |
|---|
| Payment Due Date **05/13/18** |
| New Balance **$17,976.78** |
| AutoPay Amount **$266.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ ________ . ____
**Amount Enclosed**

[redacted] 6600 15 H

EXHIBIT A



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 04/18/18

Account Ending ■3003

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

Enjoy the convenience and flexibility of **Online Payments**. Choose to pay from up to 9 different bank accounts and securely schedule a payment, even on the day it's due if received prior to 8pm MST.

Visit **www.americanexpress.com/onlinepayments** to get started.

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$35.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$35.00** |

### Detail

*Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 04/03/18* | AUTOPAY PAYMENT RECEIVED - THANK YOU<br>JPMORGAN CHASE BANK, NA | -$35.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$17,381.29** |

### Detail

**RAED A ALNAMER**
Card Ending ■3003

| | | | | Amount |
|---|---|---|---|---|
| 03/30/18 | CHICK-FIL-A #01579 000000000684031<br>3036904110 | AURORA | CO | $15.43 |
| 03/31/18 | HABIBI HOOKAH LOUNGE 0093<br>720-278-1858 | AURORA | CO | $41.32 |
| 03/31/18 | TACO BELL 030502 0305<br>303-745-0555 | AURORA | CO | $31.41 |
| 03/31/18 | MEN'S WEARHOUSE<br>1313 32432 80016<br>S I SHIPPING<br>ALTS PANT PLAIN BOTTOM<br>JAH SLM SEPCOAT<br>JAH SLIM FF SEP | AURORA | CO | $978.55 |
| 04/01/18 | SMOKE SOLUTIONS 0000<br>661-330-6576 | BAKERSFIELD | CA | $60.00 |
| 04/01/18 | SAPP BROS TRAVEL CENTER 00000000040517<br>3032893910 | DENVER | CO | $4.04 |
| 04/01/18 | PANDA EXPRESS 2254 2254<br>626-799-9898 | AURORA | CO | $9.66 |
| 04/02/18 | SAPP BROS TRAVEL CENTER 00000000040517<br>3032893910 | DENVER | CO | $11.34 |

Continued on reverse

RAED A ALNAMER                          Account Ending ████ 8003                                    p. 4/7

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 04/02/18 | LA POTRANCA TAQUERIA<br>3032923617 | DENVER | CO | $24.59 |
| 04/03/18 | GOLDEN OX TRUCK STOP 000000000413113<br>7856398921 | HAYS | KS | $5.85 |
| 04/04/18 | CARLS 644<br>FAST FOOD RESTAURANT | BURLINGTON | CO | $9.90 |
| 04/04/18 | GOLDEN OX TRUCK STOP 000000000413113<br>7856398921 | HAYS | KS | $2.16 |
| 04/05/18 | SAMS CLUB FUEL#4816 4816<br>AUTO FUEL DISPENSER | AURORA | CO | $33.47 |
| 04/05/18 | CARLS 644<br>FAST FOOD RESTAURANT | BURLINGTON | CO | $9.90 |
| 04/05/18 | GOLDEN OX TRUCK STOP 000000000413113<br>7856398921 | HAYS | KS | $4.44 |
| 04/06/18 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:                         To:<br>DENVER INTL APT     LOS ANGELES INTERN<br>Ticket Number: 01629272443282<br>Passenger Name: RAED /INFLIGHT LIQUO<br>Document Type: INFLIGHT CHARGES | HOUSTON<br><br>Carrier:        Class:<br>UA              00<br>Date of Departure: 04/06 | TX | $15.98 |
| 04/06/18 | LUXURY JET SKI RENTALS<br>6193520754 | SAN DIEGO | CA | $81.00 |
| 04/06/18 | MCDONALD'S<br>2487975190 | DENVER | CO | $13.91 |
| 04/06/18 | SUNGLASS HUT<br>800-767-0990 | SAN DIEGO | CA | $388.96 |
| 04/06/18 | PUESTO SD 542929806155545<br>7343078555 | SAN DIEGO | CA | $67.39 |
| 04/06/18 | PUESTO SD 542929806155545<br>7343078555 | SAN DIEGO | CA | $65.30 |
| 04/06/18 | LUXURY JET SKI RENTALS<br>6193520754 | SAN DIEGO | CA | $10.00 |
| 04/07/18 | GFTSHPMNCHSTRGRNDHYATTSAN 000003083<br>7737627077<br>GIFT SHOPS | SAN DIEGO | CA | $29.76 |
| 04/07/18 | GRAN HAVANA 0000<br>619-302-3365 | SAN DIEGO | CA | $70.01 |
| 04/07/18 | MORGANS JEWELERS 650000009296586<br>3105412052 | ROLLING HILLS | CA | $13,035.00 |
| 04/07/18 | IHOP<br>RESTAURANT | SAN DIEGO | CA | $38.85 |
| 04/07/18 | GRAND HYATT SAN DIEGO SANR<br>Arrival Date          Departure Date<br>04/06/18               04/07/18<br>00000000<br>LODGING | SAN DIEGO | CA | $107.27 |
| 04/07/18 | RED LOBSTER 6289 6289<br>661-589-9956 | BAKERSFIELD | CA | $93.87 |
| 04/07/18 | SHELL OIL 57442716700<br>AUTO FUEL DISPENSER | SAN DIEGO | CA | $23.38 |
| 04/08/18 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:                         To:<br>LOS ANGELES INTERN     DENVER INTL APT<br>Ticket Number: 01629274663262<br>Passenger Name: RAED /INFLIGHT LIQUO<br>Document Type: INFLIGHT CHARGES | HOUSTON<br><br>Carrier:        Class:<br>UA              00<br>Date of Departure: 04/08 | TX | $17.98 |

Continued on next page



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 04/18/18

Account Ending █3003

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 04/08/18 | DENNY'S 6613997146 | BAKERSFIELD | CA | $26.96 |
| 04/08/18 | The Counter T7 LAX 1551064004 FAST FOOD RESTAURANT | Los Angeles | CA | $53.61 |
| 04/14/18 | AN CHEVROLET NORTH 820732 80221 | DENVER | CO | $2,000.00 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 04/18/18 | Interest Charge on Purchases | $87.21 |
| **Total Interest Charged for this Period** | | **$87.21** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $0.00 |
| Total Interest in 2018 | $96.34 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 07/07/2017 | | 14.49% (v) | $7,322.43 | $87.21 |
| Cash Advances | 07/07/2017 | | 26.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$87.21** |

(v) Variable Rate



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 05/18/18

Account Ending ███3003

| | |
|---|---|
| **New Balance** | **$19,885.26** |
| **Minimum Payment Due** | **$426.00** |
| **Payment Due Date** | **06/13/18 ‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $42,811 |
| $685 | 3 years | $24,652 *(Savings = $18,159)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

We will debit your bank account for your payment of $426.00 on 06/02/18. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 05/31/18. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 06/13/18.

## Blue Cash Rewards

as of Apr 2018

**187.78**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

| | |
|---|---|
| Previous Balance | $17,976.78 |
| Payments/Credits | -$266.00 |
| New Charges | +$1,945.06 |
| Fees | +$0.00 |
| Interest Charged | +$229.42 |
| **New Balance** | **$19,885.26** |
| **Minimum Payment Due** | **$426.00** |
| Credit Limit | $20,000.00 |
| Available Credit | $114.74 |
| Cash Advance Limit | $2,000.00 |
| Available Cash | $114.74 |
| Days in Billing Period: 30 | |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending ███3003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**06/13/18**

New Balance
**$19,885.26**

AutoPay Amount
**$426.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$________.___
**Amount Enclosed**

███ 2600 15 H



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 05/18/18

Account Ending [redacted]3003

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$266.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$266.00** |

### Detail

*Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 05/03/18* | AUTOPAY PAYMENT RECEIVED - THANK YOU<br>JPMORGAN CHASE BANK, NA | -$266.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$1,945.06** |

### Detail

**RAED A ALNAMER**
Card Ending [redacted]3003

| Date | Description | Location | State | **Amount** |
|---|---|---|---|---|
| 04/21/18 | SAMS CLUB FUEL#4816 4816<br>AUTO FUEL DISPENSER | AURORA | CO | $29.97 |
| 04/23/18 | PANERA BREAD #203108 0000<br>314-801-8905 | AURORA | CO | $17.13 |
| 04/23/18 | AMC SOUTHLANDS 16<br>303-627-5430 | AURORA | CO | $39.38 |
| 04/24/18 | AplPay 1800FLOWERS APPLEPAY<br>7780099205 93203 | 800-476-9377 | NY | $173.24 |
| 04/24/18 | CO MOTOR VEHICLE S 542929806882890<br>3035343468 | DENVER | CO | $897.48 |
| 04/30/18 | GOLDEN OX TRUCK STOP 000000000413113<br>7856398921 | HAYS | KS | $100.00 |
| 04/30/18 | MCDONALD'S<br>7856286115 | HAYS | KS | $9.45 |
| 05/04/18 | PERFORMANCE CYCLE OF C 000000001<br>3037442011 | CENTENNIAL | CO | $330.82 |
| 05/04/18 | SAPP BROS TRAVEL CENTER 00000000040517<br>3032893910 | DENVER | CO | $21.97 |
| 05/04/18 | GOLDEN OX TRUCK STOP 000000000413113<br>7856398921 | HAYS | KS | $150.00 |
| 05/14/18 | AVIS.COM PREPAY RESERV 0000<br>Location / Date<br>Rental: VIRGINIA BEAC VA 18/05/14<br>Return: VIRGINIA BEAC VA 18/05/14<br>Agreement Number: 19513146<br>Renter Name: Not Provided | VIRGINIA BEAC | VA | $175.62 |

Continued on reverse

RAED A ALNAMER                    Account Ending ███ 3003                              p. 4/5

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| 05/18/18     Interest Charge on Purchases | $229.42 |
| **Total Interest Charged for this Period** | **$229.42** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $0.00 |
| Total Interest in 2018 | $325.76 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 07/07/2017 | | 14.49% (v) | $19,263.18 | $229.42 |
| Cash Advances | 07/07/2017 | | 26.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$229.42** |
| (v) Variable Rate | | | | | |



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 06/18/18

Account Ending ■3003

| | |
|---|---|
| **New Balance** | **$20,162.87** |
| **Minimum Payment Due** | **$908.00** |
| Includes the past due amount of $426.00 | |
| **Payment Due Date** | **07/13/18 ‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $43,250 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account

Your account is past due.

**See page 5 for a notice that your APR will be increased to the Penalty Rate.**

**See page 9 for an Important Notice About Changes to Your Cardmember Agreement.**

*Continued on page 3*

## Blue Cash Rewards

as of May 2018

**209.94**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

| | |
|---|---|
| Previous Balance | $19,885.26 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$27.00 |
| Interest Charged | +$250.61 |
| **New Balance** | **$20,162.87** |
| **Minimum Payment Due** | **$908.00** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $2,000.00 |
| Available Cash | $0.00 |
| Days in Billing Period: 31 | |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending ■3003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**07/13/18**

New Balance
**$20,162.87**

Minimum Payment Due
**$908.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$__________.____
**Amount Enclosed**

■0800 15 H



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 06/18/18

Account Ending [redacted]3003

**See Page 11 for Important information regarding benefits underwritten by AMEX Assurance Company.**

**See page 12 for Important Changes to Your Reward Program.**

Your AutoPay has been cancelled. Please make any payments using the payment coupon provided.

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | $0.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **$0.00** |

### Detail

*Indicates posting date

| **Payments** | | Amount |
|---|---|---|
| 06/02/18* | PAYMENT RECEIVED - THANK YOU | -$426.00 |
| 06/02/18* | RETURNED AUTOPAY (DEROGATORY)<br>ORY)<br>TRANSACTION PROCESSED BY AMERICAN EXPRESS | $426.00 |

## Fees

| | | Amount |
|---|---|---|
| 06/13/18 | Late Payment Fee | $27.00 |
| **Total Fees for this Period** | | **$27.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 06/18/18 | Interest Charge on Purchases | $250.61 |
| **Total Interest Charged for this Period** | | **$250.61** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $27.00 |
| Total Interest in 2018 | $576.37 |

RAED A ALNAMER                         Account Ending ███ 3003                              p. 4/13

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 07/07/2017 | | 14.74% (v) | $20,010.59 | $250.61 |
| Cash Advances | 07/07/2017 | | 26.99% (v) | $0.00 | $0.00 |
| Total | | | | | $250.61 |
| (v) Variable Rate | | | | | |



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 07/19/18

Account Ending ■3003

| | |
|---|---|
| **New Balance** | **$20,455.02** |
| **Minimum Payment Due** | **$1,416.00** |
| Includes the past due amount of $908.00 | |
| **Payment Due Date** | **08/13/18 ‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $43,251 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**WARNING:** Your account is past due.

**Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

*Continued on page 3*

## Blue Cash Rewards

as of Jun 2018

**187.78**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

| | |
|---|---|
| Previous Balance | $20,162.87 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$38.00 |
| Interest Charged | +$254.15 |
| **New Balance** | **$20,455.02** |
| **Minimum Payment Due** | **$1,416.00** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $2,000.00 |
| Available Cash | $0.00 |
| Days in Billing Period: 31 | |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending ■3003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**08/13/18**

New Balance
**$20,455.02**

Minimum Payment Due
**$1,416.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ ____________ . ____
**Amount Enclosed**

■1600 15 H

AMERICAN EXPRESS

**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 07/19/18

Account Ending ▇3003

You Spoke. We Listened.

**Over 1.5 million more places** in the U.S. started accepting American Express® Cards in 2017.

**Visit ShopSmallNow.com**

## Fees

| | | Amount |
|---|---|---|
| 07/13/18 | Late Payment Fee | $38.00 |
| **Total Fees for this Period** | | **$38.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 07/19/18 | Interest Charge on Purchases | $254.15 |
| **Total Interest Charged for this Period** | | **$254.15** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $65.00 |
| Total Interest in 2018 | $830.52 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | Transactions Dated To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 07/07/2018 | | 14.74% (v) | $7.36 | $0.09 |
| Purchases | 07/07/2017 | 07/06/2018 | 14.74% (v) | $20,285.53 | $254.06 |
| Cash Advances | 07/07/2018 | | 26.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$254.15** |

(v) Variable Rate

**Blue Cash Everyday® from American Express**



RAED A ALNAMER
Closing Date 08/19/18

Account Ending [redacted]3003

| | |
|---|---|
| **New Balance** | **$20,750.85** |
| **Minimum Payment Due** | **$1,940.00** |
| Includes the past due amount of $1,416.00 | |
| **Payment Due Date** | **09/13/18‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 09/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $43,204 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is past due.

**Did you know?** You can use **Plan It** to split up large purchases and pay them off over time for a fixed monthly fee and no interest. Plus, still earn rewards on Plan It purchase amounts. Terms apply. Visit **americanexpress.com/payitplanit**.

## Blue Cash Rewards

as of Jul 2018

**187.78**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

| | |
|---|---|
| Previous Balance | $20,455.02 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$38.00 |
| Interest Charged | +$257.83 |
| **New Balance** | **$20,750.85** |
| **Minimum Payment Due** | **$1,940.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period: 31 | |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** [redacted]**3003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**09/13/18**

New Balance
**$20,750.85**

Minimum Payment Due
**$1,940.00**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ ________ . ____
**Amount Enclosed**

[redacted] 4000 15 H



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 08/19/18

Account Ending █3003

## Fees

| | | Amount |
|---|---|---|
| 08/13/18 | Late Payment Fee | $38.00 |
| **Total Fees for this Period** | | **$38.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 08/19/18 | Interest Charge on Purchases | $257.83 |
| **Total Interest Charged for this Period** | | **$257.83** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $103.00 |
| Total Interest in 2018 | $1,088.35 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 07/07/2018 | | 14.74% (v) | $45.68 | $0.57 |
| Purchases | 07/07/2017 | 07/06/2018 | 14.74% (v) | $20,541.14 | $257.26 |
| Cash Advances | 07/07/2018 | | 26.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$257.83** |

(v) Variable Rate



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 09/18/18

Account Ending ■3003

| | |
|---|---|
| **New Balance** | **$21,041.90** |
| **Minimum Payment Due** | **$2,472.00** |
| Includes the past due amount of $1,940.00 | |
| **Payment Due Date** | **10/13/18‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 10/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $43,114 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is past due.

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit americanexpress.com/cashbackrewards

## Account Summary

| | |
|---|---|
| Previous Balance | $20,750.85 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$38.00 |
| Interest Charged | +$253.05 |
| **New Balance** | **$21,041.90** |
| **Minimum Payment Due** | **$2,472.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period | 30 |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care** 1-888-258-3741
**Pay by Phone** 1-800-472-9297

See Page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending ■003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**10/13/18**
New Balance
**$21,041.90**
Minimum Payment Due
**$2,472.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ ________ . ____
**Amount Enclosed**

■ 7200 15 H



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 09/18/18

Account Ending █3003

## Fees

| | | Amount |
|---|---|---|
| 09/13/18 | Late Payment Fee | $38.00 |
| **Total Fees for this Period** | | **$38.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 09/18/18 | Interest Charge on Purchases | $253.05 |
| **Total Interest Charged for this Period** | | **$253.05** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $141.00 |
| Total Interest in 2018 | $1,341.40 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 07/07/2018 | | 14.74% (v) | $83.44 | $1.01 |
| Purchases | 07/07/2017 | 07/06/2018 | 14.74% (v) | $20,795.75 | $252.04 |
| Cash Advances | 07/07/2018 | | 26.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$253.05** |

(v) Variable Rate



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 10/19/18

Account Ending █3003

| | |
|---|---|
| **New Balance** | **$21,349.75** |
| **Minimum Payment Due** | **$3,033.00** |
| Includes the past due amount of $2,472.00 | |
| **Payment Due Date** | **11/13/18‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 11/13/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $43,423 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is past due.

**See page 5 for Important Changes to Your Account Terms.**

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit **americanexpress.com/cashbackrewards**

## Account Summary

| | |
|---|---|
| Previous Balance | $21,041.90 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$38.00 |
| Interest Charged | +$269.85 |
| **New Balance** | **$21,349.75** |
| **Minimum Payment Due** | **$3,033.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period: 31 | |

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending █3003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**11/13/18**

New Balance
**$21,349.75**

Minimum Payment Due
**$3,033.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ ________ . ____
**Amount Enclosed**

█ 3300 15 Н

AMERICAN EXPRESS

**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 10/19/18

Account Ending [redacted]3003

**AMERICAN EXPRESS® PERSONAL LOANS**

Did you know American Express® offers Personal Loans? Pre-approved Card Members can apply for a loan of up to $40,000 with fixed monthly payments and APRs ranging from 6.98%-18.98%. Terms apply. Learn more by visiting **americanexpress.com/loanoffer20**

## Fees

| | | Amount |
|---|---|---|
| 10/13/18 | Late Payment Fee | $38.00 |
| **Total Fees for this Period** | | **$38.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 10/19/18 | Interest Charge on Purchases | $269.85 |
| **Total Interest Charged for this Period** | | **$269.85** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $179.00 |
| Total Interest in 2018 | $1,611.25 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 07/07/2018 | | 14.99% (v) | $123.74 | $1.58 |
| Purchases | 07/07/2017 | 07/06/2018 | 14.99% (v) | $21,055.75 | $268.27 |
| Cash Advances | 07/07/2018 | | 27.24% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$269.85** |

(v) Variable Rate

AMERICAN EXPRESS

**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 11/18/18

Account Ending [redacted]3003

| | |
|---|---|
| **New Balance** | **$21,349.27** |
| **Minimum Payment Due** | **$3,288.89** |
| Includes the past due amount of $3,032.89 | |
| **Payment Due Date** | **12/13/18‡** |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $43,106 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is cancelled.

**AMERICAN EXPRESS® PERSONAL LOANS**

Did you know American Express® offers Personal Loans ? Pre-approved Card Members can apply for a loan of up to $40,000 with fixed monthly payments and APRs ranging from 6.98%-18.98%. Terms apply. Learn more by visiting **americanexpress.com/loanoffer20**

*Continued on page 3*

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit **americanexpress.com/cashbackrewards**

## Account Summary

| | |
|---|---|
| Previous Balance | $21,349.75 |
| Payments/Credits | -$0.48 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$21,349.27** |
| **Minimum Payment Due** | **$3,288.89** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $0.00 |
| Available Cash | $0.00 |

Days in Billing Period: 30

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-258-3741

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending [redacted]3003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RAED A ALNAMER
6429 S OAK HILL CIR
AURORA CO 80016-2493

Payment Due Date
**12/13/18**

New Balance
**$21,349.27**

Minimum Payment Due
**$3,288.89**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ ________ . ____
**Amount Enclosed**

[redacted]8889 15 H



**Blue Cash Everyday® from American Express**

RAED A ALNAMER
Closing Date 11/18/18

Account Ending ■ 3003

**ON NOV 24,
WE'RE ALL FOR SMALL.**

Every local shop adds something special to your community. That's why American Express founded Small Business Saturday® — because when neighborhoods thrive, we all do. So on Nov 24, let's get up, get out, and Shop Small®.

**Learn more at ShopSmall.com.**

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | $0.00 |
| **Credits** | -$0.48 |
| **Total Payments and Credits** | **-$0.48** |

### Detail *Indicates posting date

| Credits | | Amount |
|---|---|---|
| 11/08/18* | Credit for AMEX Error | -$0.48 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $179.00 |
| Total Interest in 2018 | $1,611.25 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 07/07/2018 | | 14.99% (v) | $0.00 | $0.00 |
| Cash Advances | 07/07/2018 | | 27.24% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate