## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE: RAED AMEEN ALNAMER        :      CHAPTER 7

              :

          DEBTOR           :

              :      CASE NO. 18-19327-KHT

              :

AMERICAN EXPRESS NATIONAL BANK    :
         PLAINTIFF             :

              :      ADVERSARY NO. 19-01036-KHT

              :

VS               :

              :

RAED AMEEN ALNAMER          :

              :

         DEFENDANT        :

CERTIFICATE OF SERVICE

I, <u>Camille Linn</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and copy of the complaint was made <u>February 1, 2019</u> by mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Raed Ameed Alnamer                      David M. Serafin
6429 S. Oak Hill Circle                  501 S. Cherry Street, Ste. 1100
Aurora, CO 80016-2493               Denver, CO 80246

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>2/1/2019</u>
Date

<u>Camille Linn</u>
Signature
1660 Lincoln Street, Suite 2850
Denver, CO 80264