# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>RAED AMEEN ALNAMER,<br><br>    Debtor. | Bankr. Case No.: 18-19327-KHT<br><br>Chapter 7 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RAED AMEEN ALNAMER aka<br>RAED A. ALNAMER,<br><br>    Defendant. | Adv. Proc. No.: 19-01036-KHT |

## ORDER APPROVING STIPULATED JUDGMENT IN SETTLEMENT OF COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

AND NOW, upon consideration of the parties' Stipulated Judgment in Settlement of Complaint to Determine Dischargeability of Debt in the above-captioned adversary proceeding, and for good cause shown, it is

**ORDERED** that the Stipulated Judgment is hereby **APPROVED**; and it is further

**ORDERED** that Judgment shall enter in favor of Plaintiff, American Express National Bank, and against the Defendant, Raed Ameen Alnamer aka Raed A. Alnamer, in the principal sum of $19,325.87, plus attorneys' fees and costs totaling $1,650.00, for a total of $20,975.87, and this amount is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A); and it is further

**ORDERED** that the Defendant can satisfy the Judgment pursuant to the terms and conditions of the Stipulated Judgment.

BY THE COURT:

Dated: March 29, 2019

_Kimberley H Tyson_ (signature)

Kimberley H. Tyson
United States Bankruptcy Judge