UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>RAED AMEEN ALNAMER,<br><br>    Debtor.<br><br>————————————————<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RAED AMEEN ALNAMER aka<br>RAED A. ALNAMER,<br><br>    Defendant. | Bankr. Case No.: 18-19327-KHT<br><br>Chapter 7<br><br><br><br><br>Adv. Proc. No.: 19-01036-KHT |

## JUDGMENT

Pursuant to and in accordance with the Order signed by the Hon. Kimberley H. Tyson dated __March 29__, 2019,

IT IS HEREBY ORDERED AND DECREED that a Judgment is hereby entered in favor of Plaintiff, American Express National Bank, and against the Defendant, Raed Ameen Alnamer aka Raed A. Alnamer, in the principal sum of $19,325.87, plus attorneys' fees and costs totaling $1,650.00, for a total of $20,975.87, and this amount is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A), which Judgment may be satisfied pursuant to the terms and conditions of the parties' Stipulated Judgment.

DATED: March 29, 2019

CLERK OF COURT:

_[signature]_
Deputy Clerk

Approved as to form:

_[signature]_
Kimberley H. Tyson
United States Bankruptcy Judge